IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. NO. 2:15-mc-03705-MHT |
| ) | |
| CITIZENS BANK, ) | |
| Beaver Falls, Pennsylvania, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| CHUCK FARRIS, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF GARNISHMENT

TO:  **CITIZENS BANK**
**2650 Constitution Boulevard**
**Beaver Falls, Pennsylvania 15010**

Judgment having been entered in the above cause on January 20, 1998, in the sum of *$135,753.62*, against the defendant, CHUCK FARRIS, a/k/a Charles P. Farris, Jr.  As of April 28, 2015, the balance of $101,194.68 has not been paid.  You are commanded to immediately withhold all property in your custody, control or possession of the defendant, CHUCK FARRIS, a/k/a Charles P. Farris, Jr., including but not limited to, the defendant's business and personal checking and/or savings accounts, 401K accounts, stocks, private reserve accounts, IRAs, CDs, retirement accounts, money market accounts, mutual funds, stocks, bonds, or other personal property in the defendant's name to be applied toward the balance of $101,194.68.  You are to retain it in your possession until instructions are received from the Court as to what to do with the property and when this Writ is no longer in effect.

IN WITNESS WHEREOF, I, Debbie C. Hackett, Clerk of said Court, have Set My Hand this the 6th day of May, 2015.

DEBBIE C. HACKETT, Clerk
United States District Court
For the Middle District of Alabama

BY: _____
    Deputy Clerk